**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2410

_____

Darrell Hall,                                    *
                                                 *
            Plaintiff - Appellant,    *   Appeal from the United States
                                                 *   District Court for the
     v.                                          *   Eastern District of Arkansas.
                                                 *
John J. Callahan, Acting                *
Commissioner Social Security      *            [UNPUBLISHED]
Administration,                            *
                                                 *
            Defendant - Appellee.

_____

             Submitted:  December 9, 1997
                 Filed:      December 19, 1997

_____

Before BOWMAN, FLOYD R. GIBSON, and HANSEN, Circuit Judges.

_____


PER CURIAM.


     Darrell Hall seeks review of the district court's[1] grant of defendant John J. Callahan's motion for summary judgment in this social security benefits action.  Because we agree that the ALJ's factual findings regarding Hall's disability status under the Social Security Act are supported by substantial evidence on the record as

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

a whole, <u>see</u> 42 U.S.C. § 405(g) (1994); <u>Hall v. Chater</u>, 109 F.3d 1255 (8th Cir. 1997), we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.